# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Trayvon Ellis,                :
          Petitioner     :
                        :
        v.              :        No. 33 M.D. 2022
                        :
Pennsylvania Parole Board,  :
          Respondent  :

## PER CURIAM                  O R D E R

NOW, April 3, 2023, upon consideration of Petitioner's application for reargument, the application is DENIED.